

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00457-CV

James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley and Cody Presley,
Appellants

v.

**COYLE FAMILY FARM, INC**., Coyle Farm Partnership, Mike Coyle, Doug Coyle, Tim
Coyle, and Tom Tompkins,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 17-12-24620-CV
Honorable Camile G. Dubose, Judge Presiding

## O R D E R

      The court reporter, Amelia Guillen, has filed a notice of late record, stating the reporter's record will not be timely filed because "the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record." We order appellants to provide written proof to this court by August 20, 2018, that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to the reporter's record without prepayment of the reporter's fee. See Tex. R. App. P. 20.1, 35.3(a). If appellants fail to file such proof within the time provided, appellants' brief will be due 30 days after the clerk's record has been filed, and the court will only consider those issues or points raised in the brief that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court